

# RECYCLING PRODUCT NEWS

SCRAP • WASTE • C&D • ORGANICS

## A NORTH AMERICAN FIRST IN AUTOMATED COLLECTION

REGION OF PEEL ROLLS OUT 1.2 MILLION CURBSIDE COLLECTION CARTS IN THREE MONTHS WITH THE HELP OF SMART TECHNOLOGY **PAGE 10**

CHICAGO MRF LATEST BENEFICIARY OF CLOSED LOOP FUND
PAGE

WHY GO PURPOSE-BUILT WITH YOUR MATERIAL HANDLER
PAGE

THE CIRCULAR ECONOMY IN FOCUS
PAGE

APRIL 2016

www.recyclingproductnews.com

PRSRT
U.S. POSTAGE
PAID
BLAINE, WA
PERMIT NO.
328
*3-DIGIT 548
4266      2-8N4
ID# 3890096
PAUL SECKER
SAS FORKS
2425 IRONWOOD DR
GREEN BAY, WI 54304-1629

Case 2:16-cv-01171-NJ   Filed 08/31/16   Page 1 of 3   Document 1-2



## ECO GRATER BY ECO GREEN EQUIPMENT



ECO Green Equipment recently announced the latest steel removal technology available for tire recyclers. The ECO Grater, single-shaft shredder churns through scrap tires, up to 12 tons per hour, while outputting clean 1-inch minus wire-free rubber mulch. This unit features a lower processing speed, reducing heat and saving energy. A new remarkable knife design boasts one of the lowest wear costs in the industry. For more information call: (801) 505-6841 USA.

ECO Green Equipment • www.ecogreenequipment.com

## CAT® MH3000 MATERIAL HANDLER



New Cat® MH3000 series wheel material handlers feature innovative cab-to-ground hydraulic cab risers that improve the safety and comfort of your operations. Increased strength and durability with continuous top and side-plate construction throughout boom and stick, improved productivity and faster cycle times with excellent control, thanks to open-center load-sensing hydraulic system and rear camera monitor and space-saving joystick steering enhance safety and visibility. Learn more about the Cat MH3037, MH3049 and MH3059.

Caterpillar Inc. • www.cat.com/MH3000

## BATEMAN "AUTOGATOR" AUTOMOTIVE DISMANTLER



Designed for 150 or 200 class excavators, the Autogator can get your dismantling procedure out of the swamp! The Autogator is known for both precision and immense jaw power. By using the synchronized jaws, aluminum radiators, condensers and A/C components can be rapidly removed. Implement the "death roll" to remove wiring and other loose/stringy material. Maximize the value of end of life vehicles! Engines and transmission can be plucked out in one shot and don't forget to put the catalytic convertor in a separate pile! The Autogator is a sound investment utilizing the least amount of labour possible; no piece of high value material will be overlooked!

Bateman Manufacturing Inc. • www.batemanmanufacturing.com

## THE CM HYBRID SHREDDER



The CM Hybrid Shredder is the most versatile in the industry today, with the lowest cost of ownership. In tire recycling, cleanliness of cut is driven by two factors; the shredder's knife composition and its tolerances. CM's Hybrid Shredder offers a host of knife configurations, giving processors a multitude of options depending on their specific needs. All options include knives that can be reground for multiple reuses, reducing operational costs. All rotors are through hardened for increased wear and are designed with CM's exclusive "removable rotor technology" for easy removal and changes due to wear or damage. Removal panels on the hopper provide access to reduce the time to change knives. If your shredder is not cutting it, contact CM to discuss the benefits of the CM Hybrid.

CM Tire Recycling Equipment • www.cmtirerecyclingequipment.com

---



It offers interesting benefits for th[e] increased material quality, reduc[ed] maintenance costs, and easy and s[...]

Learn more on www.machinextechnologies.com
Machinex Technologies Inc. • www.machinextechnologies[.com]

## BM&M GYRATORY SCREENS



BM&M's Supe[r...] built as a flexib[...] recycle indus[try...] speed horizo[ntal...] design is dynam[ic...] allow greater sp[...] strokes than c[...] ers. The Super [...] high capacities [...] and is availabl[e...]

sizes starting from 4.5 sq.ft. up to 72 sq.ft. Performance guarantees a[...]
BM&M Screening Solutions • www.bmandm.com

## DIESEL MONSOON



To further reduce a cont[...] cost with environme[nt...] compliance and increase p[...] Turbine adds an all-ne[w...] Monsoon Diesel to their i[...] of Monsoon dust and o[...] systems. A Tier 4 compl[...] 3-cylinder, liquid cooled [...] air cleaners and both h[...] shutoffs, dual six gall[on...]

degree oscillation feature. To learn more contact Buffalo Turbine at [...] visit www.buffaloturbine.com.
Buffalo Turbine • www.buffaloturbine.com

## REND LAKE CARBIDE IS NOW KENSAL CARB[IDE]

 

Rend Lake Ca[rbide...] Carbide. Own[...] sonalities ha[ve...] has our core [...] we will conti[nue...] cycling drill b[...]

oil and gas industries. From one ton to one hundred tons, Kensal [...] Tricone Bits, Hammer Bits, Raise Boring Bits, Rock Drills and other j[...] offer competitive pricing and prompt payment with UNMATCHED c[...] worldwide logistics.

Kensal Carbide • www.kensalcarbide.com

## NEW! SATURN® G-4X REFINER MILL DESIGN[...] CRUMB RUBBER



The Saturn G-4X, is a next generation [...] pany's popular G-4 refiner mill for cr[...] tures a completely unique sealed rolle[r...] provides significant benefits over the [...] bushing design mills. The design ena[bles...] ability to hold the rolls at much closer t[...] better than traditional bushing designs), which translates to exceptio[nal...] powder and higher production capacity of asphalt quality crumb rub[ber...] Saturn G-4X's sealed bearing design also virtually eliminates the nee[d...] cant application that is typical of traditional mills, with initial custo[mer...] $25,000 per month. Retrofit upgrades for Saturn G-4's are available [...]

Granutech-Saturn Systems
www.granutech.com/saturn-g4-industrial-refiner-mill

Case 2:16-cv-01171-NJ   Filed 08/31/16   Page 2 of 3   Document 1-2

# BATEMAN "AUTOGATOR" AUTOMOTIVE DISMANTLER



Designed for 150 or 200 class excavators, the Autogator can get your dismantling procedure out of the swamp! The Autogator is known for both precision and immense jaw power. By using the synchronized jaws, aluminum radiators, condensers and A/C components can be rapidly removed. Implement the "death roll" to remove wiring and other loose/stringy material. Maximize the value of end of life vehicles! Engines and transmission can be plucked out in one shot and don't forget to put the catalytic convertor in a separate pile! The Autogator is a sound investment utilizing the least amount of labour possible; no piece of high value material will be overlooked!

Bateman Manufacturing Inc. • www.batemanmanufacturing.com

---

THE CM HYBRID SHREDDER